IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:23-CV-595-D

| | |
|---|---|
| MICHAEL DIB, *on behalf of himself and all others similarly situated*, ) ) ) Plaintiff, ) ) v. ) ) F4L SPORTS, INC., PERK FITNESS OF ) SPRING LAKE, INC., FIT4LIFE ) FRANCHISING, INC., PAUL ) HUMPHREYS, and EDWARD SMITH, ) ) Defendants. ) | **ORDER** |

Plaintiff's Consent Motion to Remand is GRANTED and this action is REMANDED to the Superior Court of Cumberland County, North Carolina.

SO ORDERED. This the **27** day of November, 2023.

JAMES C. DEVER III
United States District Judge